**Jorge Enrique GOMEZ–MONTOYA, Petitioner,**

v.

**U.S. ATTORNEY GENERAL, Respondent.**

No. 06–12602.

United States Court of Appeals, Eleventh Circuit.

June 4, 2007.

Mary Elizabeth Kramer, Mary E. Kramer, P.A., Miami, FL, for Petitioner.

David V. Bernal, USDOJ, Office of Immigration Litigation, Regina Byrd, Washington, DC, for Respondent.

Before BIRCH, FAY and CUDAHY,* Circuit Judges.

PER CURIAM:

Having carefully reviewed the record and briefs in this case, as well as the summary affirmance by the Bureau of Immigration Appeals (BIA) of the order entered by the immigration judge (IJ), we conclude that the record is insufficient for the panel on appellate review to make the requisite determinations as to the propriety of the judgment below. Accordingly, we VACATE the judgment below and RE-MAND this case to the BIA with instructions to create a reviewable record in this matter and to assign the case upon remand to a different IJ for consideration.

It is so Ordered.